IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 09-cv-02571-ZLW-BNB

SCOTT HART,

    Plaintiff,

v.

CAPGEMINI U.S. LLC WELFARE BENEFIT PLAN ADMINISTRATION DOCUMENT (OF WHICH THE LONG TERM DISABILITY PLAN IS A PART),

    Defendant.

---

## ORDER

---

The matter before the Court is Defendant's F.R.C.P. 12(b)(5) And 41(b) Motion To Dismiss (Doc. No. 5).  The Court has reviewed carefully the moving and responding papers and the applicable legal authority.  It appears that Plaintiff's counsel engaged in good faith efforts to effect service of process.  Accordingly, it is

ORDERED that Defendant's F.R.C.P. 12(b)(5) And 41(b) Motion To Dismiss (Doc. No. 5) is denied.  It is

FURTHER ORDERED that, on or before April 19, 2010, Plaintiff shall effect service of process upon Defendant by serving Defendant's Agent for Service of Legal

Process, who is identified on the 2007 Summary Plan Description as:

> CapGemini U.S. LLC
> General Counsel
> 750 Seventh Avenue
> New York, NY 10019.

DATED at Denver, Colorado this 22ND day of March, 2010.

BY THE COURT:

_____
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court