IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 09-cv-02571-ZLW-BNB

SCOTT HART,

    Plaintiff,

v.

CAPGEMINI U.S. LLC WELFARE BENEFIT PLAN ADMINISTRATION DOCUMENT (OF WHICH THE LONG TERM DISABILITY PLAN IS A PART),

    Defendant.

---

ORDER

---

The Court has reviewed Plaintiff's and Defendant's Status Reports concerning service of process (Doc. Nos. 22 and 23). Unfortunately, the Court's March 22, 2010, Order listed an address for service of process for Defendant which apparently is no longer current. Accordingly, it is

ORDERED that, on or before May 17, 2010, Plaintiff shall effect service of process upon Defendant by serving Defendant's Agent for Service of Legal Process at the following address:

    CapGemini U.S. LLC
    General Counsel
    623 Fifth Avenue
    New York, NY 10022.

It is

FURTHER ORDERED that Plaintiff shall file a status report concerning service of process on or before May 21, 2010.

DATED at Denver, Colorado this 26th day of April, 2010.

BY THE COURT:

_____
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court