IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 09-cv-02571-ZLW-BNB

SCOTT HART,

    Plaintiff,

v.

CAPGEMINI U.S. LLC WELFARE BENEFIT PLAN ADMINISTRATION DOCUMENT (OF WHICH THE LONG TERM DISABILITY PLAN IS A PART),

    Defendant.

---

ORDER

---

The matter before the Court is Defendant's Amended Objection To Plaintiff's Request For A Jury Trial (Doc. No. 37), which the Court treats as a motion to strike Plaintiff's request for a jury trial. The Court has reviewed carefully the moving and responding papers and the applicable legal authority. In this action, Plaintiff asserts one claim for relief, for "Benefits Under ERISA" pursuant to 29 U.S.C. § 1132(a)(1)(B),[1] and requests a jury trial. However, the United States Court of Appeals for the Tenth Circuit held in Graham v. Hartford Life & Accident Ins. Co.[2] that "the Seventh Amendment guarantees no right to a jury trial in a [29 U.S.C.] § 1132(a)(1)(B) action for benefits."[3]

---

[1] Although the Complaint cites to "29 C.F.R. § 1132(a)(2)(B)," Plaintiff appears to acknowledge that this citation is erroneous and that the claim in fact is appropriately brought under 29 U.S.C. § 1132(a)(1)(B). See Plaintiff's response brief (Doc. No. 44).

[2] 589 F.3d 1345 (10th Cir. 2009).

[3] Id. at 1355.

Graham is on point and is binding on this Court. Further, the present action does not fall within the exception articulated in the *Restatement of Trusts (Second)* § 198. Accordingly, it is

    ORDERED that Defendant's Amended Objection To Plaintiff's Request For A Jury Trial (Doc. No. 37), which the Court treats as a motion to strike Plaintiff's request for a jury trial, is granted, and Plaintiff's request for a jury trial is stricken.

    DATED at Denver, Colorado this 18th day of August, 2010.

    BY THE COURT:

_____
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court